UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| JIMMY LEE EVERETT, | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | CV411-150 |
| | ) | CR408-063 |
| UNITED STATES OF AMERICA, | ) | CR607-031 |
| Respondent. | ) | |

## ORDER

Movant Jimmy Lee Everett's motions for leave to file and leave to amend his 28 U.S.C. § 2255 petition (docs. 883 & 887) are **DENIED** as moot. Everett's § 2255 motion (doc. 859) has already been addressed on the merits in this Court's recommendation for dismissal. *See* doc. 920.

**SO ORDERED** this  9th  day of January, 2017.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA